```
#66 CROW BURLINGAME CO.
609 W. MAIN STREET
CLARKSVILLE AR 72830



ADAMS - ISC
2380 DEADWOOD AVE.
RAPID CITY SD 57702



AIR FRESH AND A-1 SEPTIC
PO BOX 1202
ARDMORE OK 73402



AMERICAN SENTINEL
PO BOX 717
OKLAHOMA CITY OK 73101-0717



ARMSTRONG TOOL LLC
PO BOX 858
VAN BUREN AR 72956



AVETTA, LLC.
PO BOX 51387
IRVINE CA 92619



BELLRIDGE FARMS
1101 11TH STREET SW
SIDNEY MT 59270



BKD, LLP  ENID
205 W MAPLE AVE., STE 200
ENID OK 73701



BLUECROSS BLUE SHIELD OF OKLAHOMA
PO BOX 731428
DALLAS TX 75373
```

```
BLUMENTHAL MANUFACTURING
301 S WESTERN
OKLAHOMA CITY OK 73109


BNZ OILFIELD TOOLS, LLC
PO BOX 270053
OKLAHOMA CITY OK 73137


BOECKMAN FORD, INC.
PO BOX 358
KINGFISHER OK 73750


CERTEX USA INC.
PO BOX 201553
DALLAS TX 75320-1553


CHEMSTATION OF OKLAHOMA
101 NE 24TH ST.
OKLAHOMA CITY OK 73105


CINTAS
PO BOX 88005
CHICAGO IL 60680-1005


D&B OILFIELD SERVICE INC.
PO BOX 234
RINGWOOD OK 73768


DELTA DENTAL OF OKLAHOMA
PO BOX 54709
OKLAHOMA CITY OK 73154


DNOW L.P.
1220 COMMERCE COURT
FORT SMITH AR 72908
```

```
DR. JEFFREY S. SNIDER
1012 POPLAR STREET
CLARKSVILLE AR 72830


E-470 PUBLIC HIGHWAY AUTHORITY
PO BOX 54709
DENVER CO 80217-5470


EAGLE PROPANE
PO BOX 6
HENNESSEY OK 73742


ENID MACK SALES
PO BOX 5009
ENID OK 73702


ERIC DAFFRON
50 CONRAD DRIVE
HIGDEN AR 72067


FASTENAL COMPANY
PO BOX 978
WINONA MN 55987-0978


FELDER & ASSOCIATES SURVEYING, INC.
PO BOX 668
OKEENE OK 73763


GOODALL PRODUCTS
PO BOX 743
OKLAHOMA CITY OK 73101


HAMIL SERVICES LLC
15748 BEVERLY DRIVE
KINGFISHER OK 73750
```

```
HAMPEL OIL
PO BOX 875477
KANSAS CITY MO 64187-5477


INTERBANK
C/O JEFF TODD
MCAFEE TAFT
211 N. ROBINSON
OKLAHOMA CITY OK 73102


INTERNAL REVENUE SERVICE
55 N. ROBINSON
STOP 5113
OKLAHOMA CITY OK 73102


INTERSTATE BATTERY SYSTEM OF SW OKLAHOMA
3108 S 4TH ST.
CHICKASHA OK 73018


IPFS CORPORATION
PO BOX 730223
DALLAS TX 75373-0223


J&R COMMERCIAL  RADIATOR, INC.
827 SE 26TH ST.
OKLAHOMA CITY OK 73129


K & S TIRE INC.
PO BOX 6
ALVA OK 73717


KB MACHINE AND WELDING, INC.
15543 E 840 RD.
KINGFISHER OK 73750


KOSCO SALES & SERVICE
PO BOX 5886
EDMOND OK 73083
```

```
LARAMIE COUNTY PUBLIC WORKS PERMITTING D
13797 PRAIRE CENTER CIRCLE
CHEYENNE WY 82009


LARRY'S DRIVESHAFT SERVICE
PO BOX 6452
FORT SMITH AR 72906


MAC OILFIELD SUPPLY
PO BOX 851801
YUKON OK 73085


MAVERICK OIL TOOLS, LLC.
600 N CHEYENNE ST.
HENNESSEY OK 73742


MUNN SUPPLY
PO BOX 1145
ENID OK 73702


NAPA AUTO PARTS OF CHEYENNE
PO BOX 1436
CHEYENNE WY 82003


NORTHCUTT CHEVROLET
3201 W OWEN K GARRIOTT
ENID OK 73703


NORTHWEST PARKWAY
3701 NORTHWEST PARKWAY
BROOMFIELD CO 80023


OKLAHOMA TAX COMMISSION
2501 N. LINCOLN BLVD.
OKLAHOMA CITY OK 73194
```

```
OKLAHOMA TERRITORY CONSTRUCTION EQUIPMEN
3839 W RENO
OKLAHOMA CITY OK 73107


ORS NASCO
3706 SOLUTIONS CENTER
CHICAGO IL 60677-3007


PARIZEK FARMS LLC
12401 W WILSHIRE
YUKON OK 73099


PAT MCVICKER OILFIELD SERVICES, LLC
PO BOX 341
WOODWARD OK 73802


POSITION TRACKING SYSTEMS, INC.
PO BOX 724
GREENVILLE SC 29602-0724


POWER COMPONENTS & SUPPLY
PO BOX 157
FAIRVIEW OK 73737


QUILL
PO BOX 37600
PHILADELPHIA PA 19101-0600


RAMCO INDUSTRIES, INC.
14203 SE 29TH ST.
CHOCTAW OK 73020


RITZ-SAFETY, LLC
PO BOX 713139
CINCINNATI OH 45271-3139
```

SCHWAB'S TINKER SHOP INTERNATIONAL
PO BOX 2764
LIBERAL KS 67905-2764


SOONER STATE AGENCIES LLC
3401 W ROCK CREEK ROAD
NORMAN OK 73069


SOUTHERN TIRE MART
DEPT 143
PO BOX 1000
MEMPHIS TN 38148-0143


STEVENS FORD
3101 W OWEN K GARRIOTT
ENID OK 73703


SUMMIT TRUCK GROUP
PO BOX 207006
DALLAS TX 75320


SUNCORP
424 E CENTRAL BLVD, UNIT 259
ORLANDO FL 32819


SUNSTONE ASSURANCE, LLC SERIES K-1, KEYS
604 E BALTIMORE PIKE
MEDIA PA 19063


T&W
PO BOX 258859
OKLAHOMA CITY OK 73125-8859


TEAM PROFESSIONAL SERVICES, INC.
PO BOX 720534
NORMAN OK 73070

```
THE OKLAHOMAN
PO BOX 25125
OKLAHOMA CITY OK 73125



THE RAILROAD YARD
5915 S PERKINS ROAD
STILLWATER OK 74074



TOPOGRAPHIC LAND SURVEYORS OF OKLAHOMA
6709 NORTH CLASSEN BLVD
OKLAHOMA CITY OK 73116



TOTAL EQUIPMENT SUPPLY COMPANY
11451 SOUTH SANTA FE
EDMOND OK 73003



TOTAL MOTION & FLOW CONTROL PRODUCTS, IN
8433 SOLUTIONS CENTER
CHICAGO IL 60677-8044



TOTAL SAFETY
9415 WEST RENO AVE
OKLAHOMA CITY OK 73127



WELLCO TANK TRUCKS, INC.
PO BOX 324
DOVER OK 73734



WWJB CONTRACTING, WILLIAM D. SHARP
PO BOX 1070
KREBS OK 74554
```